```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ALEXANDER WHEELER,

                                                       Plaintiff,

                  -against-

BRAC INTERNATIONAL.,

                                                       Defendant.
----------------------------------------------------------------X

23-CV-9509 (GHW) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      **By June 6, 2025**, the parties shall file a copy of Plaintiff's offer letter for the temporary assignment in West Africa.

      **SO ORDERED.**

Dared: May 28, 2025
         New York, New York

                                                                    KATHARINE H. PARKER
                                                                    United States Magistrate Judge