USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                :

ALEXANDER WHEELER,                 :

                                 Plaintiff,   :        1:23-cv-9509-GHW

                      -v-                      :        <u>ORDER</u>

BRAC INTERNATIONAL,              :

                                Defendant.  :

-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On June 18, 2025, Magistrate Judge Katherine H. Parker issued a Report and Recommendation on Defendant's pending motion to dismiss Plaintiff's Third Amended Complaint (the "R&R") recommending that the Court grant Defendant's motion. Dkt. No. 71 (R&R). Judge Parker concluded that Plaintiff must state his claims under the laws of Sierra Leone and Liberia, not New York. *Id.* at 27–28. Judge Parker further concluded that even under New York law, Plaintiff failed to adequately plead his claims. *Id.* at 28. Judge Parker did not make a recommendation on whether Plaintiff should be granted leave to amend. *See generally id.*

      On July 6, 2025, the Court issued an order adopting the R&R and granting Defendant's motion to dismiss Plaintiff's Third Amended Complaint. Dkt. No. 72 ("July 6 Order"). The Court granted Plaintiff leave to file another complaint to cure the deficiencies identified in the R&R no later than 30 days from the date of the July 6 Order. *Id.* at 3.

Case 1:23-cv-09509-GHW-KHP   Document 73   Filed 08/18/25   Page 2 of 2

2

As of the date of this order, Plaintiff has not filed an amended complaint. Accordingly, Plaintiff's claims are dismissed without prejudice. The Clerk of Court is directed to enter judgment for Defendant and to close this case.

SO ORDERED.

Dated: August 18, 2025

_____
GREGORY H. WOODS
United States District Judge