**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ALEXANDER WHEELER,

                     Plaintiff,

    -against-                                   23 **CIVIL** 9509 (GHW)

                                                              **JUDGMENT**

BRAC INTERNATIONAL,

                     Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 18, 2025, the Court issued an order on July 6, 2025 adopting the R&R and granting Defendant's motion to dismiss Plaintiff's Third Amended Complaint. Dkt. No. 72 ("July 6 Order"). The Court granted Plaintiff leave to file another complaint to cure the deficiencies identified in the R&R no later than 30 days from the date of the July 6 Order. As of the of the order, Plaintiff has not filed an amended complaint. Plaintiff's claims are dismissed without prejudice. Judgment is entered for Defendant; accordingly, the case is closed.

**Dated:** New York, New York

       August 19, 2025

                                                              **TAMMI M. HELLWIG**
                                                               _____
                                                                 **Clerk of Court**

                                            **BY:**      *K. Mango*

                                                                  _____
                                                                 **Deputy Clerk**